UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 15-05506
Jose Luis Gaspar )
 )  Chapter: 13
 )  Honorable Donald R. Cassling
 )
 )
Debtor(s) )

**ORDER VACATING THE ORDER GRANTING RELIEF FROM AUTOMATIC STAY ENTERED ON 10/05/17**

THIS CAUSE COMING before this Court for MOTION OF DEBTOR TO VACATE ORDER GRANTING RELIEF FROM AUTOMATIC STAY ENTERED ON 10/05/17 due notice having been properly given, and this Court being fully advised in the premises.

IT IS HEREBY ORDERED:

The October 5, 2017 Order is vacated.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: November 02, 2017

**Prepared by:**

Daniel Gonzalez 6285539
Gonzalez Law Group, P.C.
1904 S. Cicero Ave., Suite #1
Cicero, IL 60804